1  CHRISTOPHER J. BOMAN, Bar No. 198798
   E-mail: cboman@laborlawyers.com
2  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
3  Irvine, California 92614
   Telephone (949) 851-2424
4  Facsimile (949) 851-0152

5  KRISTEN J. NESBIT, Bar No. 242426
   E-mail: knesbit@laborlawyers.com
6  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1590
7  Los Angeles, CA 90071
   Telephone (213) 330-4500
8  Facsimile (213) 330-4501

9  Attorneys for Defendant
   USA WASTE OF CALIFORNIA, INC.
10

11                UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13

| 14 | GILBERTO SANTILLAN, an individual, | Case No. CV14-00335-AB (JCGx) |
|---|---|---|
| 15 | | *Assigned to Hon. Andre Birotte Jr.* |
| 16 | Plaintiff, | **DEFENDANT USA WASTE OF CALIFORNIA, INC. NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| 17 | vs. | |
| 18 | USA WASTE OF CALIFORNIA, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 19 | | |
| 20 | Defendants. | |

1  TO PLAINTIFF AND HIS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE, pursuant to the Court's January 16, 2015 Order, Defendant USA Waste of California, Inc. ("Defendant") hereby lodges the [Proposed] Judgment entering judgment in Defendant's favor and against Plaintiff Gilberto Santillan ("Plaintiff") on all Plaintiff's claims in his Complaint which is attached hereto as Exhibit A.

Date: January 26, 2015         FISHER & PHILLIPS LLP

                    By:  /s/ Kristen J. Nesbit
                         CHRISTOPHER J. BOMAN
                         KRISTEN J. NESBIT
                         Attorneys for Defendant
                         USA WASTE OF CALIFORNIA, INC.

# **CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 S. Flower Street, Suite 1590, Los Angeles, California 90071.

On **January 26, 2015**, I served the foregoing document entitled **DEFENDANT USA WASTE OF CALIFORNIA, INC. NOTICE OF LODGING OF [PROPOSED] JUDGMENT**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John C. Taylor<br>Email: Taylor@taylorring.com<br>TAYLOR & RING LLP<br>10900 Wilshire Blvd., Suite 920<br>Los Angeles, CA 90024<br>Tel.: (310) 209-4100<br>Fax: (310) 208-5052 | Attorneys for Plaintiff<br>GILBERTO SANTILLAN |

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 26, 2015**, at Los Angeles, California.

Olga Valadez                           By: */s/ Olga Valadez*
Print Name                                          Signature