JS-6

1  CHRISTOPHER J. BOMAN, Bar No. 198798
   E-mail: cboman@laborlawyers.com
2  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
3  Irvine, California 92614
   Telephone (949) 851-2424
4  Facsimile (949) 851-0152

5  KRISTEN J. NESBIT, Bar No. 242426
   E-mail: knesbit@laborlawyers.com
6  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1590
7  Los Angeles, CA 90071
   Telephone (213) 330-4500
8  Facsimile (213) 330-4501

9  Attorneys for Defendant
   USA WASTE OF CALIFORNIA, INC.
10

11                UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

13

| GILBERTO SANTILLAN, an individual, | Case No. CV14-00335-AB (JCGx) |
|---|---|
| Plaintiff, | *Assigned to Hon. Andre Birotte Jr.* |
| vs. | **[PROPOSED] JUDGMENT** |
| USA WASTE OF CALIFORNIA, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

On January 12, 2015, a hearing was held before this Court regarding Defendant USA Waste of California's ("Defendant" or "USA Waste") motion for summary judgment or in the alternative summary adjudication against Plaintiff Gilberto Santillan ("Plaintiff");

After full briefing and oral argument by the parties, the Court having fully considered the evidence presented and the issues having been heard granted Defendant's motion for summary judgment in its entirety on January 16, 2015; and

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.   Plaintiff Gilberto Santillan take nothing by his Complaint;

2.   That judgment on the merits is hereby entered in favor of Defendant USA Waste of California, Inc. against Plaintiff;

3.   That Plaintiff's Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Defendant's Motion for Summary Judgment entered on January 16, 2015;

4.   That Defendant USA Waste of California, Inc. is the prevailing party; and

5.   That Defendant USA Waste of California, Inc. shall recover its allowable costs in this action.

IT IS HEREBY ORDERED

DATED: February 4, 2015   _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FPDOCS 30350931.1