FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| GILBERTO SANTILLAN, an individual, | No. 15-55238 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00335-AB-JCG |
| v. | Central District of California, Los Angeles |
| USA WASTE OF CALIFORNIA, INC., a Delaware Corporation, | |
| Defendant-Appellee. | ORDER |

Before: PREGERSON, NGUYEN, and OWENS, Circuit Judges.

Appellee's unopposed motion for a thirty-day extension of time to file a petition for rehearing and for rehearing *en banc* is GRANTED. The petition for rehearing and for rehearing *en banc* is due on May 22, 2017.