SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations

NANCY E. PRITIKIN, Cal. Bar No. 102392
npritikin@sheppardmullin.com
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:  (650) 815-2600
Facsimile:   (650) 815-2601

ADAM R. ROSENTHAL, Cal. Bar No. 246722
arosenthal@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  (858) 720-8900
Facsimile:   (858) 509-3691

CARYN F. HORNER, Cal. Bar No. 273500
chorner@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  (714) 513-5100
Facsimile:   (714) 513-5130

Attorneys for Defendant,
USA WASTE OF CALIFORNIA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GILBERTO SANTILLAN, an individual,<br><br>               Plaintiff,<br><br>   vs.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 2:14−cv−00335 AB(SSx)<br><br>*Assigned to Hon. Andre Birotte Jr. and Hon. Suzanne H. Segal (Magistrate Judge)*<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING DEFENDANT'S MOTION TO COMPEL DISCOVERY, OR IN THE ALTERNATIVE, MOTION TO AMEND THE SCHEDULING ORDER**<br><br>Pretrial conference: August 23, 2019<br>Trial: September 10, 2019 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 10, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 7B before the Honorable André Birotte Jr. of the above-entitled Court, located at 350 West First Street, Los Angeles, California, 90012, Defendant USA Waste of California, Inc. ("USA Waste" or "Defendant") will, and hereby does move the Court for review of Magistrate Judge Segal's March 27, 2019 Order denying Defendant's motion to compel Plaintiff Gilberto Santillan ("Plaintiff") to continue his deposition to provide testimony and related written discovery to the extent necessary,[1] on his immigration status and whether at any time from 2012 to the present, he has been able to lawfully work in the United States.  In the alternative, Defendant will, and hereby does move the Court to amend the current scheduling order.  This motion is made pursuant to Rule 16 and 72(a) of the Federal Rules of Civil Procedure, as well as Local Rule 16-14 and 72-2.1.  This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on April 7, 2019.  This motion is supported by Defendant's Memorandum of Points and Authorities, the Declaration of Adam R. Rosenthal filed concurrently herewith, pleadings in this case, the transcript of the March 26, 2019 hearing before Judge Segal, and any oral arguments as may be permitted by the Court.

---

[1] To the extent that Plaintiff's anticipated deposition testimony on his immigration status reveals the existence of relevant documents that would either confirm or impeach his deposition testimony, USA Waste requests that this Court's order be broad enough to address the general discoverability of such relevant documents.

-1-

1

Dated:  April 10, 2019

2

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:        _____/s/ Adam R. Rosenthal_____

3

NANCY E. PRITIKIN

4

ADAM R. ROSENTHAL

Attorneys for Defendant,

5

USA WASTE OF CALIFORNIA, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2

3       I am employed in the County of Santa Clara; I am over the age of
eighteen years and not a party to the within entitled action; my business address is
4  379 Lytton Ave. Palo Alto, CA 94301-1479.

5       On April 10, 2019, I served the following document(s) described as

6  **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR REVIEW
AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING
7  DEFENDANT'S MOTION TO COMPEL DISCOVERY, OR IN THE
ALTERNATIVE, MOTION TO AMEND THE SCHEDULING ORDER**

8  on the interested party(ies) in this action as follows:

9  **SEE ATTACHED SERVICE LIST**

10  ☐    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and
11       processing correspondence for mailing. Under that practice it would be
deposited with the U.S. postal service on that same day with postage thereon
12       fully prepaid at Palo Alto, California in the ordinary course of business. I am
aware that on motion of the party served, service is presumed invalid if postal
13       cancellation date or postage meter date is more than one day after date of
deposit for mailing in affidavit.

14  ☒    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I served the above
15       listed document(s) described via the United States District Court's Electronic
Filing Program on the designated recipients via electronic transmission
16       through the CM/ECF system on the Court's website. The Court's CM/ECF
system will generate a Notice of Electronic Filing (NEF) to the filing party,
17       the assigned judge, and any registered users in the case. The NEF will
constitute service of the document(s). Registration as a CM/ECF user
18       constitutes consent to electronic service through the court's transmission
facilities.

19       Executed on April 10, 2019, at Palo Alto, California.

20

21                                        _/s/ Brandi R. Tomasovitch_
22                                        Brandi R. Tomasovitch

23

24

25

26

27

28

-3-

## MAILING LIST

| | |
|---|---|
| John C. Taylor<br><br>Email:  Taylor@taylorring.com<br><br>Louanne Marsy<br><br>Email:  Masry@tayloring.com<br><br>TAYLOR & RING LLP<br><br>1230 Rosecrans Avenue, Suite 360<br><br>Manhattan Beach, CA  90266<br><br>310.209.41100<br><br>Facsimile:  310.208.5052 | Attorneys for Plaintiff<br><br>GILBERTO SANTILLAN |
| Holly Boyer<br><br>Email: hboyer@ecbappeal.com<br><br>ESNER, CHANG & BOYER<br><br>234 E. Colorado Blvd., Suite 750<br><br>Pasadena, CA<br><br>626.535.9860 Facsimile: 626.535.9859 | Associated Counsel for Plaintiff<br><br>GILBERTO SANTILLAN |

DEFENDANT'S NOTICE OF MOTION FOR REVIEW