JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| Gilberto Santillan, | Case No. 14-cv-00335-AB (SSx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| USA Waste of California, Inc. et al., | |
| Defendants. | |

12
13
14
15
16
17
18

     THE COURT having been advised by counsel that the above-entitled action has

19

been settled;

20

     IT IS THEREFORE ORDERED that this action is hereby dismissed without

21

costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

22

open the action if settlement is not consummated.  This Court retains full jurisdiction

23

over this action and this Order shall not prejudice any party to this action.

24
25

Dated:  December 16, 2019     _____

26
27

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

28